**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JULIE GODDARD,
as Personal Representative of the Estate of
DANIELLE C. MAUDSLEY,

Plaintiff, CASE NUMBER: 8:14cv1798 EAK TBM

v.

THE FLORIDA HIGHWAY PATROL, a
division of Florida Department of Highway
Safety and Motor Vehicles,
TROOPER DANIEL COLE,
TASER INTERNATIONAL, INC., and
DGG TACTICAL SUPPLY, INC.
f/k/a DGG TASER, INC.

Defendants.
_________________________________________/

**STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS TASER INTERNATIONAL, INC. and DGG TACTICAL SUPPLY, INC. f/k/a DGG TASER, INC.**

IT IS HEREBY STIPULATED by and between Plaintiff, JULIE GODDARD as Personal Representative of the Estate of DANIELLE C. MAUDSLEY, and Defendants, TASER INTERNATIONAL, INC. and DGG TACTICAL SUPPLY, INC. f/k/a DGG TASER, INC., by and through counsel for the respective parties in the above and foregoing action, that the causes of action against Defendants, TASER INTERNATIONAL, INC. and DGG TACTICAL SUPPLY, INC. f/k/a DGG TASER, INC., be DISMISSED WITH PREJUDICE. It is further agreed that each party shall bear its own costs and attorneys’ fees.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF or E-Service to Todd B. Miller, Counsel for The Florida Highway Patrol and Trooper Daniel Cole, on this 3rd day of October, 2014.

*/s/ Ralph M. Guito III*
Ralph M. Guito III, Esq.
FBN: 832560
MCINTYRE THANASIDES BRINGGOLD GRIMALDI & GUITO, P.A.
501 E. Kennedy Boulevard, Suite 1900
Tampa, FL33602
(T) 813-899-6059; (F) 813-899-6069
Primary Email: servicepi@mcintyrefirm.com
Secondary Email: ralph@mcintyrefirm.com
*Attorney for Plaintiff*

*/s/ Jennifer Ann Burns*
Jennifer Ann Burns, Esquire
Florida Bar No.: 382190
Carlson, Meissner, Hart & Hayslett, P.A.
250 Belcher Road North, Suite 102
Clearwater, FL 33765
(T) 727-443-1562; (F)727-462-2405
jburns@carlsonmeissner.com
*Attorney for Plaintiff*

/s/ *Michael J. Roper*
Michael J. Roper, Esquire
Florida Bar No. 0473227
Anna E. Engelman, Esquire
Florida Bar No. 016517
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
(T) 407-897-5150; (F) 407-897-3332
*Attorney for Defendants*, TASER INTERNATIONAL, INC. AND DGG TACTICAL SUPPLY, INC. f/k/a/ DGG TASER, INC.