# Exhibit C


