# Exhibit D



# Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue

TASER International, Inc. does not require a TASER device electrical discharge ("TASER Exposure") as a condition for instructor or user TASER certification. It is up to each law enforcement agency's policy to determine whether its instructors and users experience a TASER device exposure as part of their training.

If you volunteer to experience a TASER Exposure, you must read and sign this Form prior to any TASER Exposure.

## WARNINGS AND RISKS
## IMPORTANT SAFETY AND HEALTH INFORMATION

Read, understand, and follow the training, safety instructions, and warnings before experiencing a TASER Exposure. (*These warnings are effective March 1, 2007, and supersede all prior revisions for TASER devices.*)



TASER® electronic control devices are weapons designed to incapacitate a person from a safe distance while reducing the likelihood of serious injuries or death. Though they have been found to be a safer and more effective alternative when used as directed to other traditional use of force tools and techniques, it is important to remember that the very nature of use of force and physical incapacitation involves a degree of risk that someone will get hurt or may even be killed due to physical exertion, unforeseen circumstances and individual susceptibilities.

All volunteer exposures shall be performed by a TASER certified instructor.

**Spotters.** All persons taking a TASER Exposure shall be supported by spotters so they don't fall. Each spotter should hold an upper arm under the armpit, so that the person can be safely supported and lowered to the ground after being hit without twisting or putting undue stress on the arm or shoulder. If probes are fired in lieu of attaching spent wires or alligator clips, then eye protection is required for both the spotter and the student being exposed. Provided that no probes are attached to the person's arms, there should be no electrical pulses flowing into the spotters and they can safely support the person being shot without any negative impact.

**No Minors.** Because of parental/guardian consent issues, no minor shall be exposed to a TASER device as part of a training course.

**Keep Body Parts Away From Front.** Keep your hands and body parts away from the front of the TASER cartridge.

**Avoid Static Electricity Discharge.** Avoid contact between static electricity and the TASER cartridge since static electricity can cause unexpected discharge.

## Deployment Safety Procedures

**Avoid Sensitive Areas.** Significant injury can occur from TASER device deployment into sensitive areas of the body such as the eyes, throat, or genitals—avoid intentionally targeting these areas without justification.

**Avoid Known Pre-Existing Injury Areas.** When practical, avoid deploying a TASER device at a known location of pre-existing injury (e.g., avoid targeting the back for persons with known pre-existing back injuries, avoid targeting the chest area on persons with a known history of previous heart attacks, etc.). These injuries may be provoked by such deployment.

**Beware—TASER Device Can Ignite Explosive Materials, Liquids, or Vapors.** These include gasoline, other flammables, explosive materials, liquids, or vapors (e.g., gases found in sewer lines, methamphetamine labs, and butane-type lighters). Some self-defense sprays use flammable carriers such as alcohol and could be dangerous to use in immediate conjunction with TASER devices.

## Deployment Health Risks

**Continuous Exposure Risks.** When practical, avoid prolonged or continuous exposure(s) to the TASER device's electrical discharge. In some circumstances, in susceptible people, it is conceivable that the stress and exertion of extensive repeated, prolonged, or continuous application(s) of the TASER device may contribute to cumulative exhaustion, stress, and associated medical risk(s).

**Other Conditions.** Unrelated to TASER exposure, conditions such as excited delirium, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle may result in serious injury or death.

**Breathing Impairment.** Extended or repeated TASER device exposures should be avoided where practical. Although existing studies on conscious human volunteers indicate subjects continue to breathe during extended TASER device applications, it is conceivable that the muscle contractions may impair a subject's ability to breathe. In tests conducted on anesthetized pigs repeated TASER device applications did cause cessation of breathing during TASER device discharges, although it is unclear what impact the anesthesia or other factors may have had on the test results. Accordingly, it is advisable to use expedient physical restraint in conjunction with the TASER device to minimize the overall duration of stress, exertion, and potential breathing impairment particularly on individuals exhibiting symptoms of excited delirium and/or exhaustion. However, it should be noted that certain subjects in a state of excited delirium may exhibit superhuman strength and despite efforts for expedient restraint, these subjects sometimes cannot be restrained without a significant and profound struggle.

**Vagal Response.** Some individuals may experience an exaggerated response to a TASER device exposure, or threatened TASER device exposure, which may result in a person fainting.

**Permanent Vision Loss.** If a TASER probe becomes embedded in an eye, it could result in permanent loss of vision.

**Seizure Risks.** Repetitive stimuli such as flashing lights or electrical stimuli can induce seizures in some individuals. This risk is heightened if electrical stimuli or current passes through the head region.

## Post-Deployment Procedures—Wound and Injury Care

**Probe Removal.** In most areas of the body, injuries or wounds caused by TASER probes will be minor. TASER probes have small barbs. There is a possible risk of probes causing injury to blood vessels. Follow your training and agency's guidance for probe removal.



# Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue

**Skin Wound Treatment.** TASER devices can cause skin irritation, small puncture wounds, friction abrasions, minor burns, etc. As with any injury of this type, in some circumstances infection(s) may occur. Thus, appropriately cleanse any such wounds and if necessary seek medical attention.

## HEALTH RISKS

**Response to Exposure.** The TASER device can cause temporary discomfort, pain, stress, and panic, which may be injurious to some people.

**Muscle Contraction-Related Risks.** The TASER device can cause strong muscle contractions that may result in physical exertion or athletic-type injuries. In certain instances this may be serious for some people, such as those with pre-existing conditions and/or special susceptibilities. This may also occur in instances where a person has an unusual and/or unanticipated response to the TASER device deployment and/or discharge.

**Secondary Injury Risks.** TASER-induced strong muscle contractions usually render a subject temporarily unable to control his or her psychomotor movements. This may result in secondary injuries such as those due to falls. This loss of control, or inability to catch oneself, can in special circumstances increase the risk(s) of serious injury or death. Persons who are physically infirm or pregnant are among those who may be at higher risk. Also, persons who could fall on a sharp object (such as persons holding a knife or other edged weapon) or suffer impact injuries to their head or other sensitive area in a fall could also be at a higher risk. Other persons at higher risk include: those located on elevated or unstable platforms (e.g., trees, roofs, ladders, ledges, cranes, loading docks), operating a vehicle or machinery, or those who are running. Persons located in water may drown if their ability to move is restricted.

**Strain Injury Risks.** It is possible that the injury types may include, but are not limited to, strain-type injuries such as hernias, ruptures, dislocations, tears, or other injuries to soft tissue, organs, muscles, tendons, ligaments, nerves, and joints. Fractures to bones, including vertebrae, may occur. These injuries may be more likely to occur in people with pre-existing injuries or conditions such as pregnancy, osteoporosis, osteopenia, spinal injuries, diverticulitis, or in persons having previous muscle, disc, ligament, joint, or tendon damage. It is believed that the risk of these injuries is comparable to or less than the risk(s) from vigorous physical exertion, such as weight training, wrestling, or other intense athletic endeavors.

**Scarring.** Use of a TASER device, especially in drive (or touch) stun mode, can cause marks, friction abrasions, and/or scarring that may be permanent depending on individual susceptibilities or circumstances surrounding TASER device use and exposure.

**Laser Beam Eye Damage.** The TASER device incorporates a laser aiming aid. Laser beams can cause eye damage. Avoid intentionally aiming at the eye(s) of a person or animal.

If you have a condition or pre-existing injury that would be aggravated by muscle contractions and physical exertion check the appropriate box below and notify the instructor prior to participating in the TASER device exposure.

[☒] I have no injuries or known physical or mental conditions that could be aggravated by muscle contractions, physical exertion or exposure to the electrical discharge of TASER devices.

[☒] I have the following pre-existing physical or mental injuries or physical conditions that could be aggravated by exposure to the TASER device: HERNIATED DISC L5-S1 25% REMOVED DURING DISECTOMY LAMENECTOMY ATROPHY

I agree to participate in the TASER Training Course and be exposed to the electrical discharge of the TASER device under the following conditions:

_____
_____

**LIABILITY RELEASE, COVENANT NOT TO SUE AND HOLD HARMLESS**

In consideration of the use of TASER International copyrighted training materials and participation in a TASER certification training course, I acknowledge and agree as follows:

1) I understand that a TASER Exposure results in strong muscle contractions, physical exertion and stress and involves the risk of physical injury. I acknowledge that I have read the above Warnings and Risks and with full knowledge of such risks, I voluntary agree to experience a TASER Exposure and I assume all risks, whether known or unknown, foreseen or unforeseen, inherent in the TASER Exposure.

2) Intending that this Form be legally binding upon me, my heirs, executors, administrators, and assigns, I hereby waive, release, and forever discharge the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees of and from any and all claims, demands, rights and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown physical and mental injuries and consequences thereof, whether foreseen or unforeseen, suffered by me from any and all activities during the Training class, including the TASER Exposure. I specifically waive any statutory rights I may have regarding the release of known or unknown claims.

3) I further agree that neither I nor my heirs, estate, personal representative, nor any other person or entity will ever institute any action, litigation or suit at law or in equity against the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees for any damages, costs, loss or injury arising out of any and all activities during the training class, including the TASER Exposure.

4) I further agree to indemnify and save harmless the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees from all liability, loss, costs and obligation of any and every kind on account of or arising out of any injuries or losses incurred by me, however occurring, arising out of any and all activities during the training class, including the TASER Exposure.

5) In signing this Form, I agree that I have read and understand this entire Form; I understand that it is a promise not to sue and a release and indemnity for all claims; I further understand that by signing this Form I am giving up certain legal rights including the right to recover damages in case of injury; and I agree to abide by the terms and conditions of this Form.

6) This release does not release any rights under Workers Compensation Laws.

Date 4·2·09    Signed _____

Printed Name DANIEL A. COLE

Law Enforcement Agency FLORIDA HIGHWAY PATROL

Mail or fax a copy of this form to:
TASER International
17800 N. 85th St.
Scottsdale, AZ 85255
Fax: (480) 991-0791