UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE GODDARD,
as Personal Representative of the Estate of
DANIELLE C. MAUDSLEY,

    Plaintiff,                      CASE NUMBER: 8:14cv1798 EAK TBM

v.

THE FLORIDA HIGHWAY PATROL, a
division of Florida Department of Highway
Safety and Motor Vehicles,
TROOPER DANIEL COLE,
TASER INTERNATIONAL, INC., and
DGG TACTICAL SUPPLY, INC.
f/k/a DGG TASER, INC.

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS**

COMES NOW the Plaintiff, JULIE GODDARD as Personal Representative of the Estate of DANIELLE C. MAUDSLEY ("Maudsley"), by and through the undersigned attorneys, and pursuant to this Court's Case Management And Scheduling Order (Docket No. 23) hereby files her Statement of Disputed Material Facts set forth by Defendant Trooper Daniel Cole ("Cole") in his motion for summary judgment on Counts VII and VIII of Plaintiff's second amended complaint.

1

**Disputed Material Fact**

1. Cole was **not** acting within the scope of his discretionary authority when he tasered Maudsley on September 19, 2011.  *See* Cole's Statement of Material Facts, Section I of his motion for summary judgment wherein he states "[i]t is undisputed that COLE was acting within the course and scope of his employment at the time of the events in this case."

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF or E-Service to Todd B. Miller, Counsel for The Florida Highway Patrol and Trooper Daniel Cole, on this 27th day of October, 2014.

*/s/ Ralph M. Guito III*
Ralph M. Guito III, Esq.
FBN: 832560
MCINTYRE THANASIDES BRINGGOLD GRIMALDI & GUITO, P.A.
501 E. Kennedy Boulevard, Suite 1900
Tampa, FL33602
(T) 813-899-6059; (F) 813-899-6069
Primary Email: servicepi@mcintyrefirm.com
Secondary Email: ralph@mcintyrefirm.com
*Attorney for Plaintiff*

*/s/ Jennifer Ann Burns*
Jennifer Ann Burns, Esquire
Florida Bar No.: 382190
Carlson, Meissner, Hart & Hayslett, P.A.
250 Belcher Road North, Suite 102
Clearwater, FL  33765
(T) 727-443-1562; (F)727-462-2405
jburns@carlsonmeissner.com
*Attorney for Plaintiff*