UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE GODDARD,
as Personal Representative of the Estate of
DANIELLE C. MAUDSLEY,

    Plaintiff,

CASE NUMBER: 8:14-cv-01798 EAK JSS

v.

THE FLORIDA HIGHWAY PATROL, a
division of Florida Department of Highway
Safety and Motor Vehicles, and
TROOPER DANIEL COLE,

    Defendants.
_____/

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Plaintiff's Motion To Dismiss With Request To Retain Jurisdiction To Enforce The Settlement Agreement, attached hereto as Exhibit A.

THE COURT has considered the Motion, the Settlement Agreement and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that

1. The action is dismissed with prejudice to all parties, pursuant to Fed.R.Civ.P. 41(a)(2).

2. The Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. The Clerk of Court shall close this case and terminate any pending motions.

**DONE and ORDERED** in Tampa, Florida on this /st of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE